IN THE MATTER OF THE PROBATE OF THE LAST WILL & TESTAMENT OF MICHALINA LEWANDOWSKI, DECEASED.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE LEE CRUMPLER.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT BROOKS JOHNSON.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CONRAD WYATT.

January 18, 1973. Petition for certification denied.

CHARLENE L. STAMPORA v. ELIZABETH HASKINS.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. HORACE WALDRON.

January 18, 1973. Petition for certification denied.